In the Matter of the Claim of VIDA WHITTAKER and Another, Respondents, against O'CONNELL CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award of death benefits. The deceased employee was engaged in driving a large tractor. It ran upon a stone and suddenly slipped off; it fell about one foot. There is medical testimony to sustain the finding that the jolt caused a gastric ulcer rupture which produced peritonitis, from which employee died. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of CHET MESTLER, Respondent, against AMERICAN BOOK SALES COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant received an injury to his knee. It was painful and affected his general earning capacity. A disability award was proper under the medical evidence. Award affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Rhodes, J., dissents on the authority of Matter of Huber v. Cutler Hammer Mfg. Co. (243 App. Div. 646).

In the Matter of the Claim of SAMUEL KURELKO, Respondent, against SECOND AVENUE RAILROAD CORPORATION, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Claimant was injured by electric shock, which affected his central nervous system, resulting in traumatic neurosis and traumatic hysteria, and he thereby suffered ninety-five per cent loss of use of one eye, and there is evidence that the loss of sight is permanent. The medical testimony is that the eye is in normal physical condition, but because of claimant's hysteria he is unable to see. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.